Prob12A
(NCW Rev. 2/04)

FILED
CHARLOTTE, N. C.
SEP 18 2006
U. S. DISTRICT COURT
W. DIST. OF N. C.

# UNITED STATES DISTRICT COURT

for the

## Western District of North Carolina

### Report on Offender Under Supervision

Name of Offender:   Rodney Markeise Funderburk                Case Number: 3:04CR121-01

Name of Sentencing Judicial Officer:   The Honorable Richard L. Voorhees
U.S. District Court Judge

Date of Original Sentence:   8-16-05

Original Offense:   18:922 (g)(1) - Possession of Firearm by Felon

Original Sentence:   21 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: 4-13-06

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **NEW LAW VIOLATION (Date violation concluded: 7-19-06).** The defendant has violated the condition of supervision that states, "The defendant shall not commit another federal, state, or local crime," in that, on 7-19-06, the defendant was charged by Mecklenburg County Police with Possession With Intent to Sell and Deliver Cocaine. I spoke with the Officer who arrested him and he feels that, based on a lack of evidence, the State of NC will dismiss the charges. Two people were in the residence and the cocaine was found outside a bedroom window. Both people are denying the drugs were theirs. A female was there who had no prior arrest history and was not charged. The defendant has a lengthy criminal history and because of that was charged. I also spoke with AUSA Keith Cave about the evidence and he advised that I wait on state disposition before proceeding with a request for a warrant for violation of supervised release. |

<u>U.S. Probation Officer Action:</u> Awaiting disposition on state charges. Offender is on random drug testing and all tests have been negative.

<u>U.S. Probation Officer Recommendation:</u> I recommend that no violation report be filed at this time and that no violation report be filed should the State of NC dismiss the charges.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by _____  
Terri B. Hedrick  
U.S. Probation Officer  
704-350-7644

Date: 8-31-06

[✓] Concur with Recommendation  
[ ] Submit a Request for Modifying the Condition or Term of Supervision  
[ ] Submit a Request for Warrant or Summons  
[ ] Other

9-10-06  
Date

Signature of Judicial Officer